# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND AND WELFARE TRUST, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> SHERYL ARCHIE, *et al.*, <br><br> Defendants. | 2:12-cv-00225-JCM-VCF <br><br> **MINUTE ORDER** <br><br> [Defendants' Motion to Withdraw Motion for Leave to File Amended Answer and Counterclaim (#36)] |

Before the Court is the Defendants' Motion to Withdraw Motion for Leave to File Amended Answer and Counterclaim. (#36).

IT IS HEREBY ORDERED that Defendants' Motion to Withdraw Motion for Leave to File Amended Answer and Counterclaim (#36) is GRANTED. Defendants may withdraw their Motion for Leave to File Amended Answer and Counterclaims and Answer Plaintiff(s) Answer to Counterclaim (#30).

IT IS FURTHER ORDERED that Plaintiff's Motion to Strike Answer to Plaintiffs' Answer to Counterclaim (#34) is denied as Moot.

DATED this 20th day of February, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE