# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> SHERYL ARCHIE, et al., <br><br> Defendant(s). | Case No. 2:12-CV-225 JCM (VCF) <br><br> ORDER |

Presently before the court is the matter of *Trustees of the Construction Industry and Laborers Health and Welfare Trust et al v. Sheryl Archie et al*, no. 2:12-cv-00225-JCM-VCF.

On December 3, 2018, the Ninth Circuit issued a memorandum disposition vacating the judgment in this case and remanding for further proceedings. (ECF No. 97). On January 3, 2019, this court issued an order on mandate as to the Ninth Circuit decision. (ECF No. 100).

The court's task on remand is to reconsider its order granting summary judgment in favor of plaintiff and subsequent entry of judgment in light of intervening Ninth Circuit case law that contradicted the court's holding. (ECF No. 97).

Accordingly, the court hereby orders the parties to submit, within fourteen (14) days from the date of this order, a proposed briefing schedule on remand.

Accordingly,

IT IS SO ORDERED.

DATED April 1, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**